

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2021

No. 04-19-00826-CR

Richard **BRITTAIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 589944
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On June 30, 2021, this court issued an opinion and judgment affirming the trial court's judgment. On August 4, 2021, appellant filed a motion for en banc reconsideration. After considering the merits of the motion, the motion is DENIED.

It is so **ORDERED** September 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

